Joel E. Tasca, Esq.
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
tasca@ballardspahr.com

*Attorney for Defendant*
*CaptionCall LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA BRADY, on behalf of herself and all others similarly situated;<br><br>    Plaintiff,<br><br>v.<br><br>CAPTIONCALL LLC; DOES 1 through 50; inclusive,<br><br>    Defendants. | CASE NO. 2:22-cv-00164-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CAPTIONCALL, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Brenda Brady and Defendant CaptionCall LLC stipulate and agree that CaptionCall has up to and including February 18, 2022, to respond to Plaintiff's Complaint (ECF No. 1), to provide CaptionCall an additional 14 days to discuss and consider the results of its investigation into Plaintiff's allegations. The current deadline to file a response is February 4, 2022. Therefore, pursuant to LR IA 6-1, this stipulation is timely filed.

This is the first request for an extension of time for CaptionCall to respond to the Complaint, and it is made in good faith and not for purposes of delay. The parties anticipate that there will not be any more extensions requested after this extension.

Dated: February 3, 2022

| | |
|---|---|
| BALLARD SPAHR LLP | GABROY LAW OFFICES |
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*CaptionCall LLC* | By: /s/ Kaine Messer<br>Kaine Messer, Esq.<br>Nevada Bar No. 14240<br>The District at Green Valley Ranch<br>170 S. Green Valley Pkwy, Suite 280<br>Henderson, Nevada 89012<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 7, 2022

2